**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MALIK PLEASANT,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:26-CV-00189-L** |
| | § | |
| **NATIONAL CREDIT SYSTEMS, INC.;** | § | |
| **EXPERIAN INFORMATION** | § | |
| **SOLUTIONS, INC.; EQUIFAX** | § | |
| **INFORMATION SERVICES, LLC; and** | § | |
| **TRANS UNION, LLC,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Defendant Experian Information Solutions, Inc.'s Motion to Withdraw as Counsel ("Motion") (Doc. 39), filed June 15, 2026.  The Motion is unopposed.  Counsel for Defendant, Ms. Camden Leigh Douglas of the law firm of Jones Day, requests that she be allowed to withdraw as counsel for Defendant in this case.  The court determines that the Motion should be, and is hereby, **granted.**  Accordingly, the court **allows** Ms. Camden Leigh Douglas of the law firm of Jones Day to withdraw as counsel for Defendant, and she is relieved of any further obligation to or representation of Defendant in this case.  Ms. Delaney Rachel Davis of the law firm of Jones Day is hereby substituted as counsel of record for Defendant Experian Information Solutions, Inc.

**It is so ordered** this 17th day of June, 2026.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order – Solo Page**